**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6343**

———————————

ALBERT CURTIS MILLS,

Plaintiff - Appellant,

versus

MARYLAND PENITENTIARY HOSPITAL DENTISTS;
NATHAN FLETCHER, D.D.S., Maryland Penitentiary
Dentist,

Defendants - Appellees.

———————————

**No. 97-6781**

———————————

ALBERT CURTIS MILLS,

Plaintiff - Appellant,

versus

MARYLAND PENITENTIARY HOSPITAL DENTISTS;
NATHAN FLETCHER, D.D.S., Maryland Penitentiary
Dentist,

Defendants - Appellees.

Appeals from the United States District Court for the District of Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CA-96-1277-DKC)

Submitted: May 29, 1998                    Decided: July 16, 1998

Before MURNAGHAN, WILKINS, and LUTTIG, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Albert Curtis Mills, Appellant Pro Se. Roy Leonard Mason, MASON, KETTERMAN & MORGAN, Baltimore, Maryland; Deborah Maude Peyton, MASON, KETTERMAN & MORGAN, Hunt Valley, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint and denying his motion for injunctive relief. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mills v. Maryland Penitentiary Hosp. Dentists</u>, No. CA-96-1277-DKC (D. Md. Jan. 31 & May 8, 1997). We deny Appellant's motion for a transcript. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>